# Safe Deposit & Trust Company of Pittsburg, Appellant, *v.* Hollinger.

Argued Oct. 25, 1906. Appeal, No. 131, Oct. T., 1906, by plaintiff, from decree of C. P. No. 2, Allegheny Co., Jan. T., 1905, No. 451, dismissing bill in equity in case of The Safe Deposit & Trust Co. of Pittsburg, Guardian of Francis Xavier Hollinger, v. Elizabeth Hollinger. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, ELKIN and STEWART, JJ. Affirmed.

Bill in equity to cancel a deed, and for an account.

The case was originally tried before RODGERS, J., who found

that by proceedings instituted under the Act of June 25, 1895, P. L. 300, Francis Xavier Hollinger was declared on September 30, 1904, unable to take care of his property by reason of weakness of mind.    He also found that on May 17, 1904, Hollinger gave to defendant $1,000 without any consideration therefor, and that on August 5, 1904, he executed and delivered to defendant a deed for certain real estate.    He also found that at the time of these gifts Hollinger was affected with senile dementia, and incapable of making a gift or executing a deed.    Exceptions to the adjudication were filed, but before they were heard, Judge RODGERS left the bench.    YOUNG, J., was appointed in his place, who sustained the exceptions and found the facts to the contrary.

*Error assigned* was decree dismissing the bill.

*Charles W. Jones*, with him *Robert T. Reineman*, for appellant.

*Meredith R. Marshall*, with him *Thos. M. & Rody P. Marshall*, for appellee.

PER CURIAM, January 7, 1907:

The judges who heard this case being equally divided in opinion, the decree is affirmed.